1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7368
7       FAX: (415) 436-7234
        christiaan.highsmith@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00239 HSG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| RAYMOND EUGENE CHASE, JR., | Date: August 21, 2017, to September 11, 2017 |
| Defendant. | Time: 2:00 p.m. |

The parties appeared before the Honorable Haywood S. Gilliam, Jr. on August 21, 2017, for a status conference. Defense counsel explained that the government and the defense are reviewing the discovery – including mitigation evidence – and that the defense needs additional time to assess the case, review the evidence, and review options with Mr. Chase relevant to defenses and plea negotiations. In light of the foregoing, the parties requested, and the Court granted, a continuance until September 11, 2017. The parties also stipulated, and the Court ordered, that time between August 21, 2017, and September 11, 2017, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and

STIP. AND ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-00239 HSG                                   1

exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: August 22, 2017

BRIAN J. STRETCH
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED: August 22, 2017

/s/
JEROME MATTHEWS
Counsel for Defendant Raymond Eugene Chase, Jr.

For the reasons stated, this matter is continued until September 11, 2017 at 2:00 p.m. The time between August 21, 2017, and September 11, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: August 23, 2017

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge